IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAMERON J. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-1417 (MN) (SRF) |
| | ) | |
| WALMART, INC. and SAM'S WEST INC. d/b/a SAM'S CLUB, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 20th day of August 2026;

WHEREAS, on July 27, 2026, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 59) in this action recommending that the Court grant Defendants' Motion for Summary Judgment (D.I. 46) and deny Plaintiff's Motion for Summary Judgment (D.I. 53);

WHEREAS, the Court mailed a copy of the Report to pro se Plaintiff at his address of record on July 27, 2026;

WHEREAS, on August 4, 2026, that mail was returned as undeliverable (D.I. 60);

WHEREAS, after confirming Plaintiff's address on his latest filing and with the United States Postal Service, the Court re-mailed a copy of the Report to pro se Plaintiff;

WHEREAS, once again, that mail was returned (D.I. 61);

WHEREAS, Defendants have not filed an objection to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period; and

WHEREAS, as Plaintiff did not receive a copy of the Report, the Court has reviewed the Report de novo, along with the record of the case and the motion and supporting papers for both sides' summary judgment motions and agrees with Judge Fallon's recommendations.

THEREFORE, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (D.I. 59) is ADOPTED.

2. Defendants' Motion for Summary Judgment (D.I. 46) is GRANTED.

3. Plaintiff's Motion for Summary Judgment (D.I. 53) is DENIED.

4. The Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff and close this case.

The Honorable Maryellen Noreika
United States District Judge